## 54792. CARR v. THE STATE.

Bell, Chief Judge.

Defendant was convicted of robbery. On appeal, he enumerates only that the evidence is insufficient to authorize the conviction. An examination of the transcript reveals that the evidence establishes each and every element of the offense charged. Affirmed.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

Submitted October 31, 1977 — Decided November 16, 1977.

*Marion K. Smith,* for appellant.
*William S. Lee, District Attorney, Hobart M. Hind, Assistant District Attorney,* for appellee.